■ METROPOLITAN FORM INDUSTRIES, INC., Appellant, v

North River Insurance Company, Respondent.—In an action to recover on a policy of insurance, plaintiff appeals from an order of the Supreme Court, Kings County (Bellard, J.), dated November 15, 1984, which denied its motion to vacate the automatic dismissal of its suit pursuant to CPLR 3404 and restore the matter to the calendar.

Order affirmed, with costs.

Special Term properly denied plaintiff's third motion to restore this case to the calendar. Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.